■ ROBERT SILLS et al., as Coexecutors of ANGELINA V. SILLS, Deceased, Respondents-Appellants, v JOAN ROYSTON, Appellant-Respondent. (Action No. 1.) In the Matter of ROBERT SILLS et al., as Coexecutors of ANGELINE V. SILLS, Deceased, Respondents-Appellants, v FLEET NATIONAL BANK et al., Respondents, and JOAN ROYSTON, Appellant-Respondent. (Proceeding No. 1.) (Appeal No. 1.) [910 NYS2d 758]—Appeal and cross appeal from an order of the Supreme Court, Steuben County (Peter C. Bradstreet, A.J.), entered October 7, 2009. The order, among other things, denied defendant's motion for an order dismissing action No. 1 and denied the motion made by respondents Joan Royston and Kirk Richardson to dismiss proceeding No. 1.

It is hereby ordered that said appeal and cross appeal are unanimously dismissed without costs. Present—Martoche, J.P., Centra, Carni, Lindley and Pine, JJ.

■ ROBERT SILLS et al., as Coexecutors of ANGELINA V. SILLS, Deceased, Respondents, v JOAN ROYSTON, Appellant. (Action No. 2.) (Appeal No. 2.) [910 NYS2d 758]—Appeal from a judgment of the Supreme Court, Steuben County (Peter C. Bradstreet, A.J.), entered October 7, 2009. The judgment awarded plaintiffs the sum of $157,280.17 as against defendant.

. It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Martoche, J.P., Centra, Carni, Lindley and Pine, JJ.